IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEKO MAWULI DEH,
    Plaintiff,

v.                                        CIVIL ACTION NO. 18-CV-5628

SOULEYMANE DEMBELE DUONG,
    Defendant.

## ORDER

AND NOW, this 2nd day of January, 2019, upon consideration of *pro se* Plaintiff Seko Mawuli Deh's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for lack of subject-matter jurisdiction for the reasons set forth in the Court's Memorandum. This dismissal is **without prejudice** to Deh's right to refile his claims in state court. Deh may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
CHAD F. KENNEY, J.